## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: Cohen
Courtroom Clerk: MS
Case: USA v. Rosario et al
AUSA: Kevin McGrath
PTSO/PO: George Moriarty

Date: 3/31/04   Time In Court: 30
Tape Number:
Case Number: 04-mj-1069
Defense Counsel: Page Kelly / Michael Natola
Interpreter: Sylvia Zetterstrand   Language: Spanish

### TYPE OF HEARING

**Initial Appearance** [X]
- [X] Arrested: Date: 3/31/04
  Charging District: 1
- [ ] on warrant   [X] on probable cause
- [X] Defendant Sworn
- [X] Advised of Charges
- [X] Advised of Rights
- [X] Requests Appointment of Counsel
- [ ] Will Retain Counsel
- [ ] Court Orders Counsel be Appointed
- [X] Government Requests Detention & Continuance

**Arraignment**
- [ ] Defendant Waived Reading of Indictment
- [ ] Defendant Pleads Not Guilty to Counts ___

**Removal Hearing/Rule 40**
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Ordered Removed to Charging District. Order to Issue.
- [ ] Defendant Released, Conditions Remain/ Modified/Set
- [ ] Identity Established

**Preliminary Examination (Rule 5 or Rule 32.1)**
- [ ] Probable Cause Found
- [ ] Identity Established
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Waives Preliminary Examination

**Detention Hearing**
- [ ] Defendant Requests a Continuance
- [ ] Defendant Consents to Voluntary Detention
- [ ] Defendant Detained, Order to Issue
- [ ] Defendant Released on ___ with conditions
- [ ] Detention Taken Under Advisement

**Preliminary Probation Revocation Hearing**
- [ ] Defendant Ordered Detained
- [ ] Defendant Released

**Bail Revocation Hearing**
- [ ] Bail Revoked, Defendant Ordered Detained
- [ ] Defendant Released, Conditions Remain/Modified
- [ ] Defendant Released on ___ with Conditions

**Miscellaneous Hearings**
- [ ] Attorney Appointment Hearing
- [ ] Change of Plea (Rule 11) Hearing
- [ ] Material Witness Hearing
- [ ] Motion Hearing
- [ ] Initial Status Conference
- [ ] Interim Status Conference
- [ ] Final Status Conference
- [ ] Other ___

### CONTINUED PROCEEDINGS

Detention Hrg / Probable Cause Hearing/Conference set for 4/8/04 at 2:00

### REMARKS

Dfts are read charges + rights. Dfts are sworn + attempted to be questioned by the Court. Questions as to real names arise. Dfts are ordered to fill out financial affs. and a hrg for detention hearing scheduled by JGD Session. Dfts returned to the custody of the Marshal.

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)