# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Rosario et al
FOR: 
AT: 

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): ~~Luis Castro~~ Juan Rosario

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 04-1069
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Grocery Store
- IF YES, how much do you earn per month? $800
- IF NO, give month and year of last employment. How much did you earn per month? $___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED: no
- SOURCES:
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- VALUE: no
- DESCRIPTION:

### DEPENDENTS
MARITAL STATUS: (not marked)
- SINGLE
- MARRIED
- WIDOWED
- SEPARATED OR DIVORCED

Total No. of Dependents: 5

List persons you actually support and your relationship to them:
- Stanley Rosario - father
- Chantiky Rosario
- Johanny Rosario
- John J Rosario
- Valentina Javier - son

### OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: $900/mo rent
food, clothes, etc.

Creditors | Total Debt | Monthly Paymt.
---|---|---
| $ | $
| $ | $
| $ | $
| $ | $

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Juan Rosario