AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF *Massachusetts*

UNITED STATES OF AMERICA

V.

*Juan Rosario*

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: *04m-1069-JCD*

I, *Juan Rosario*, charged in a ☒ complaint ☐ petition pending in this District *Massachusetts* in violation of *21*, U.S.C., *841(a)(1); 846*,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

*Juan Rosario*
Defendant

*4/16/04*
Date

*Ray Kelley*
Counsel for Defendant